UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOE E. WILLIAMS | CIVIL ACTION |
| VERSUS | NO: 11-1588 |
| RECOVERY SCHOOL DISTRICT, ET AL. | SECTION: R(2) |

## **JUDGMENT**

Considering the Court's order and reasons on file herein,

IT IS ORDERED, ADJUDGED AND DECREED that all claims against RSD are hereby DISMISSED with prejudice because RSD is not a juridical person capable of suing or being sued under Louisiana law.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the ADA and ADEA claims against the Louisiana Department of Education and the Board of Elementary and Secondary Education are hereby DISMISSED with prejudice based on sovereign immunity principles.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that plaintiff Williams's claim for injunctive relief and his Title VII claims of race discrimination and retaliation against LDOE and BESE are hereby DISMISSED with prejudice because Williams has failed to state a claim and has already been given an opportunity to amend his complaint.

New Orleans, Louisiana, this 21st day of March, 2012.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE